# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 98-1576

_____

|  |  |  |
|---|---|---|
| Curtis Lamar McQueen, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Gary Starke; Joe Potter; Bill | * | Western District of Missouri. |
| Bruening; Ray Ditzfield; Pettis Cty. | * | [UNPUBLISHED] |
| Bd. of Commissioners; Monsees | * | |
| Commissioner; Pettis Cty. Sheriff's | * | |
| Department, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: August 26, 1998

Filed: August 28, 1998

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Curtis McQueen, a Missouri prisoner, appeals from the district court's[1] adverse grant of summary judgment in this 42 U.S.C. § 1983 action. Having reviewed the

---

[1] The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendations of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

record and the parties' briefs, we conclude that the district court did not err. Accordingly, the judgment is affirmed.  See 8th Cir. R. 47B.  We also deny McQueen's motion on appeal for a preliminary injunction.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.